IN THE UNITED STATES DISTRICT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| WASHINGTON NATIONALS FOUNDATION<br><br>**Plaintiff,**<br><br>v.<br><br>FRANKLIN L. HANEY<br><br>**Defendant.** | Case Number 1:06 CV-02235 JR |

### AFFIDAVIT OF SERVICE

THE CLERK of the Court will please enter the attached Affidavit of Service upon the defendant, dated, February 19, 2007, in the record of these proceedings.

Respectfully submitted,

/s/ Geoffrey P. Gitner
Geoffrey P. Gitner (DC Bar No. 176479)
Law Offices of Geoffrey P. Gitner
Watergate, Twelfth Floor
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
(202) 772-5800

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Washington Nationals Foundation

    Plaintiff,

V.

Franklin L. Haney

    Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06-CV-02235 JR

TO: (Name and address of Defendant)

Franklin L. Haney
400 S. Ocean Blvd
Lantana, FL 33462

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Geoffrey P. Gitner, Esq.
Law Offices of Geoffrey P. Gitner
Watergate, Twelfth Floor
600 New Hampshire Ave., N.W.
Washington, D.C. 20037

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DATE: FEB -1 2007

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 02/19/07 9:40 p.m. |
| NAME OF SERVER (PRINT) John Tamburello | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: **Wife, Emmy Haney, witnessed by Manalapan Police Officer G. Lerner.**

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02/21/07
         Date

*Signature of Server* John Tamburello

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been sent by first classs mail, postage prepaid to:

Joseph D. Lewis, Esq.
Barnes &B Thornburg, LLP
750-17th Street, N.W.
Suite 900
Washington, D.C. 20006

_____
Geoffrey P. Gitner