IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WASHINGTON NATIONALS FOUNDATION**<br><br>**Plaintiff,**<br><br>v.<br><br>**FRANKLIN L. HANEY**<br><br>**Defendant.** | Case No. 1:CV00182 (JR) |

## JOINT LCvR16.3 MEET AND CONFER REPORT

Plaintiff Washington Nationals Foundation and Defendant, Franklin Haney having met and conferred regarding the matters enumerated in Local Rule LCvR 16.3 on March 28, 2007, and through subsequent written and telephonic communications hereby report to the Court that they were able to agree on some matters. Those matters, to which the parties could not agree, are identified.

(1) **Case Track** - Both parties agree that this is not a complex ease.

(2) **Joinder or Amendments** — The parties agree that joinder of parties or amendment to pleadings should be upon motion by a party and order of the Court.

(3) **Magistrate Judge** - Neither party believes that this case is appropriate for handling by a Magistrate at this time.

(4) **Settlement Possibility** - The parties believe this case can be settled.

(5) **ADR** – The parties request that mediation be ordered following the close of factual discovery.

(6) **Can the Case be decided by Motion?** - Plaintiff believes that the case

can be decided by Motion. The Defendant believes it is too early to determine whether this case may be resolved by motion.

The parties request that the Court set the deadline for the filing of dispositive motions thirty (30) days following the close of expert discovery (in the event there is expert discovery) or if no expert disclosures are filed, thirty (30) days following the close of factual discovery.

(7)    **Rule 26(a)(1)** - The parties have agreed to comply with the requirements of Rule 26(a)(l) and request that the Court set the following schedule for disclosures: Plaintiff shall file its disclosures by April 16, 2007; Defendant shall file his disclosures by April 30, 2007.

(8)    **Discovery Period** - The parties have agreed that the deadline for the completion of factual discovery shall be 120 days after the filing of the Defendant's Rule 26(a)(1) disclosures, which is August 27, 2007.

The parties agree that the deadline for serving written discovery shall be 30 days prior to the close of factual discovery with the exception as to requests to admit the authenticity of documents (if necessary), which can be served within 15 days of the final meeting between the parties regarding the Joint Pretrial Statement.

The parties do not agree on the number of depositions each side may conduct. The Plaintiff believes the parties should be limited to five depositions per side; the Defendant requests up to fifteen (15) depositions, due to the number of participants and witnesses to the events in question.

The parties have agreed that each party should be limited to 25 interrogatories and 25 requests for admission (with exception of the authenticity request mentioned in the sentence above), each subpart of each such request to count as one.

(9)    **Expert Discovery** -   The Plaintiff proposes that the information required by Rule

26(a)(2) be provided by both sides 60 days prior to the close of factual discovery, and that said information relating to rebuttal expert(s) be provided 30 days thereafter, and that any expert depositions be completed within thirty days, at the same time as the deadline for factual discovery, i.e. August 27, 2007.

The Defendant proposes that the expert disclosures be made by both parties thirty (30) days after the close of factual discovery, that rebuttal reports be filed (30) days thereafter (if any) and that expert depositions be completed thirty (30) days thereafter, i.e. November 26, 2007. The parties agree that there shall be no more than three experts per side.

   *(10)  Class Actions - Not applicable.*

   (11)   **Bifurcation** - The parties do not believe that this case is appropriate for bifurcation.

   (12)   **Pretrial Conference** - The parties agreed the pretrial should be scheduled within thirty (30) days after the resolution of dispositive motions, or in the event there are no dispositive motions, within thirty (30) days of the close of discovery.

   (13)   **Trial Date** - The parties would request that a firm trial date be set at the pretrial conference.

Dated:   March 30, 2007.

                                        Respectfully submitted,


                                        _____
                                        Geoffrey P. Gitner, D.C. Bar No. 176479
                                        The Law Offices of Geoffrey P. Gitner
                                        Watergate, Twelfth Floor
                                        600 New Hampshire Ave., N.W.
                                        Washington, D.C. 20037
                                        Ph:  (202) 772-5800
                                        Facsimile:  (202) 772-5858

Joseph D. Lewis (DC Bar No. 293415)
BARNES & THORNBURG LLP
750 17th Street, N.W., Suite 900
Washington, DC  20006
Telephone:   202.289.1313
Facsimile:    202.289.1330