**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

WASHINGTON NATIONALS FOUNDATION, :
                                           :
        Plaintiff,           :
                                           :
        v.                    :  Civil Action No. 06-2235 (JR)
                                           :
FRANKLIN L. HANEY,          :
                                         :
        Defendant.         :

**<u>SCHEDULING ORDER</u>**

After an ISC held in chambers March 30, 2007, it is

**ORDERED** that Rule 26(a)(1) initial disclosures be made by plaintiff April 16, 2007 and by defendant April 30, 2007. Otherwise no discovery will be conducted except by order of the Court.  It is

**FURTHER ORDERED** that plaintiff shall file its anticipated motion for summary judgment by May 30, 2007 with dates for opposition and reply to be in accordance with the Federal Rules of Civil Procedure.  It is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by

e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.


                              JAMES ROBERTSON
                         United States District Judge