**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WASHINGTON NATIONALS FOUNDATION, :
        :
    Plaintiff,         :
        :
    v.                          : Civil Action No. 06-2235 (JR)
        :
FRANKLIN L. HANEY,        :
        :
    Defendant.        :

**ORDER**

The summary judgment motion plaintiff undertook to file by May 30, 2007, has not materialized. Plaintiff is **ORDERED** to file a report on the status of this case within eleven days of the date of this order.

                                              JAMES ROBERTSON
                                  United States District Judge