UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WASHINGTON NATIONALS FOUNDATION, :
:
    Plaintiff, :
:
v. : Civil Action No. 06-2235 (JR)
:
FRANKLIN L. HANEY, :
:
    Defendant. :

### ORDER

A letter received from counsel, which need not be filed in the docket, adequately explains the status of this matter, and the order of 6/22/07 [7] is accordingly satisfied and discharged. Upon the consent of all parties, all further proceedings in this case are **stayed** to and including August 31, 2007. If no praecipe or stipulation of settlement and dismissal has been filed by that date, the Clerk will set a status conference.

                                  JAMES ROBERTSON
                      United States District Judge