## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **WASHINGTON NATIONALS FOUNDATION**<br><br>    **Plaintiff,**<br><br>v.<br><br>**FRANKLIN L. HANEY**<br><br><br>    **Defendant.** | Case No. 1:06CV2235<br>(Judge James Robertson) |

### STIPULATION OF VOLUNTARY DISMISSAL OF ACTION
### PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)

Plaintiff WASHINGTON NATIONALS FOUNDATION and Defendant FRANKLIN L.

HANEY, hereby stipulate to the dismissal of this action, with prejudice, pursuant to Fed.R.Civ.P.

41(a)(1)(ii), with each party to bear its own costs.  This stipulation is signed by counsel for all

parties who have appeared in this action.

**Washington Nationals Foundation**

Geoffrey P. Gitner (D.C. Bar No. 176479)
The Law Offices of Geoffrey P. Gitner
Watergate, Twelfth Floor
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
Ph: 202.772.5926
Facsimile: 202.772.5858
*Attorneys for Plaintiff*

**Franklin L. Haney**

Joseph D. Lewis (D.C. Bar No. 293415)
BARNES & THORNBURG LLP
750 17th Street, N.W., Suite 900
Washington, D.C. 20006
Ph: 202.289.1313
Facsimile: 202.289.2330
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2007 a copy of the foregoing Stipulation of Voluntary Dismissal of Action Pursuant to Fed.R.Civ.P. 41(a)(1)(iii) was sent by first class mail, postage prepaid to:

Joseph D. Lewis, Esq.
Barnes & Thornburg, LLP
750-17th Street, N.W.
Suite 900
Washington, D.C. 20006

Geoffrey P. Gitner